Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles and Riverside criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

FILED
2020 AUG 24 AM 10:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA v. — PLAINTIFF | CASE NUMBER: 8:20-mj-00554 Duty |
| Ahmed Alasiri a.k.a. Kevin James<br>USMS# ______ — DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 08/21/2020; ~~TBD~~ book @ approx 6:55 ☐ AM ☒ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☒ No — Will be at USM Monday AM
4. Charges under which defendant has been booked:
   21 U.S.C. 841 & 21 U.S.C. 846; Conspiracy to Distribute Methamphetamine
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ______
7. Year of Birth: 1976
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: ~~TBD~~ Duty
10. Remarks (if any): ______
11. Name: SA Nick Vicencia (please print)
12. Office Phone Number: (714) 939-3339
13. Agency: FBI
14. Signature: [signature]
15. Date: 08/21/2020