FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
2020 AUG 24 AM 11:47
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>AHMED BINYAMIN ALASIRI,<br>a.k.a. Kevin Lamar James,<br>DEFENDANT | **WARRANT FOR ARREST**<br>ON COMPLAINT<br>CASE NO.: 8:20-mj-00554-DUTY |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **AHMED BINYAMIN ALASIRI, a.k.a. Kevin Lamar James,** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with DISTRIBUTION OF METHAMPHETAMINE AND CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE in violation of Title 21, United States Code, Sections 841 and 846.

REC: BY AUSA Willett: Detention

August 21, 2020
Date

JOHN D. EARLY
Hon. John D. Early, U.S. Magistrate Judge

[signature]
Signature of Magistrate Judge

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location):
Garden Grove, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>8/21/2020 | Nicholas Vicencio, (Special Agent) | [signature] |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**