FILED
CLERK, U.S. DISTRICT COURT
08/26/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2019 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

AHMED BINYAMIN ALASIRI,
aka "Kevin Lamar James,"

Defendant.

No. 8:20-cr-00118-GW

I N D I C T M E N T

[21 U.S.C. § 841(1)(a), (b)(1)(A)(viii): Distribution of Methamphetamine]

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)]

On or about July 24, 2020, in Orange County, within the Central District of California, defendant AHMED BINYAMIN ALASIRI, also known as "Kevin Lamar James," knowingly and intentionally distributed at least fifty grams, that is, approximately 430 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)]

On or about August 6, 2020, in Orange County, within the Central District of California, defendant AHMED BINYAMIN ALASIRI, also known as "Kevin Lamar James," knowingly and intentionally distributed at least fifty grams, that is, approximately 435 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/s/

Foreperson

NICOLA T. HANNA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

DENNISE D. WILLETT
Assistant United States Attorney
Terrorism and Export Crimes Section