FILED
CLERK, U.S. DISTRICT COURT
2/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: LM DEPUTY

# *Memorandum*

| Subject: | Date: |
| --- | --- |
| United States v. Ahmed Binyamin Alasiri aka "Kevin Lamar James" | February 16, 2021 |
| To: | From: |
| KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | DENNISE D. WILLETT<br>Assistant United States Attorney<br>National Security Division |

The above-referenced matter, being filed on February 17, 2021:

- Relates to a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; (3) a matter pending in the USAO's National Security Division between September 14, 2016 and March 20, 2020; or (4) a matter in which Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

/s/
DENNISE D. WILLETT
Assistant United States Attorney