FILED
CLERK, U.S. DISTRICT COURT
2/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: LM DEPUTY

# *Memorandum*

| | |
|---|---|
| Subject:<br>United States v. Ahmed Binyamin Alasiri<br>aka "Kevin Lamar James" | Date:<br>February 16, 2021 |
| To:<br>KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | From:<br>DENNISE D. WILLETT<br>Assistant United States Attorney<br>National Security Division |

The above-referenced matter, being filed on February 17, 2021,

- Relates to (1) a matter pending in the Santa Ana branch of the USAO at any time between April 2007, to August 22, 2013, the dates spanning the date when Douglas McCormick became a Deputy Chief of Santa Ana Branch of the USAO and the date when he resigned his appointment in the USAO; or (2) a matter in which Douglas McCormick was personally involved or on which he was personally consulted while employed in the USAO.

/s/

DENNISE D. WILLETT
Assistant United States Attorney