CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
KELLEY MUNOZ (Bar No. 211583)
(E-Mail: kelley_munoz@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
AHMED BINYAMIN ALASARI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

AHMED BINYAMIN ALASARI

Defendant.

Case No. SA CR 20-00118-CJC

**EX PARTE APPLICATION TO FILE UNDER SEAL**

Defendant Ahmed Binyamin Alasari through his counsel of record Deputy Federal Public Defender Kelley Munoz, hereby applies to the Court for an Order that the concurrently filed Defendant's Position re Sentencing; Exhibits, be filed under seal. This Ex Parte Application is based on the attached memorandum of points and authorities and Declaration of Kelley Munoz.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 14, 2022

By *\/S/ Kelley Munoz*
KELLEY MUNOZ
Deputy Federal Public Defender

**MEMORANDUM OF POINTS AND AUTHORITIES**

A court has supervisory powers over its records and files to seal documents under appropriate circumstances, *United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Accordingly, Local Rule 79-5.1 permits a party to apply for an order to seal documents.

As explained in the Declaration of Kelley Munoz, the sentencing position paper discusses and attaches exhibits from the discovery subject to the protective order in this case. Therefore, Mr. Alasari respectfully requests that the Court grant this ex parte application to seal.

**DECLARATION OF KELLEY MUNOZ**

I, Kelley Munoz, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Ahmed Binyamin Alasari in the above-entitled action.

2. On October 2, 2020, this Court issued a protective order governing much of the discovery in this case. Dkt. 24. At paragraph 6(q), defense counsel is obligated to seek an under seal filing of any "Confidential Information" designated under the protective order. Defendant's Position re Sentencing; Exhibits attaches materials designated under the protective order and discusses those exhibits in argument. Further, given the ex parte and in camera nature of the government's CIPA invocation in this case, defense counsel is completely unaware whether any facts or topics in the sentencing position may be covered by the Court's CIPA orders, making an under seal filing the most prudent course. Dkt. 37, 42-45. The position paper further includes discussions of what Mr. Alasiri believes is his true social security number, and contains medical records of Mr. Alasiri and a third party, as well as an excerpt of juvenile probation report, all of which are otherwise confidential information.

3. On March 14, 2022, I informed Assistant United States Attorney Dennise Willet of my intention to file this ex parte application seeking to seal. The government informed me it has no objection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: March 14, 2022

*/S/ Kelley Munoz*
KELLEY MUNOZ
Deputy Federal Public Defender

**PROOF OF SERVICE**

I declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **EX PARTE APPLICATION TO FILE UNDER SEAL FILED UNDER SEAL** on the following individual(s) by:

| | | | |
|---|---|---|---|
| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [X] Via email addressed as follows: |

**Dennise Willet**
**Assistant United States Attorney**
**Dennise.Willett@usdoj.gov**

**Gregory Vidana**
**United States Probation Officer**
**Gregory_Vidana@cacp.uscourts.gov**

This proof of service is executed at Santa Ana, California, on March 14, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Veronica Do*
**Veronica Do**