FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 29 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In The Matter Of:

AHMED ALASIRI,
Petitioner,

Vs.

UNITED STATES OF AMERICA,
Respondent.

Case No 8:20-cr-00118(A)CJC

PETITION FOR LEAVE SEEKING AN ORDER
AND DIRECTIVES GRANTING EQUITABLE TOLLING
OF A POST CONVICTION REMEDY

COMES NOW, "Petitioner", Ahmed Alasiri, in propria persona hereby respectfully moves for an ORDER and DIRECTIVES Granting Equitable Tolling as established by the holdings of the supreme Court set forth in **Holland v. Florida**, 560 U.S. 631, 645 where circumstances evolved not in Mr. Alasiri's control, and constitutes an extraordinary circumstance which invokes this court's exclusive jurisdiction ..

28 U.S.C.§1631, permits the Court to transfer this matter to the appropriate court in the interest of justice where in this case the Petitioner currently serves an illegal sentence in which only a collateral challenge will support his claim..

Mr. Alsari, attaches as exhibit,(A) a memorandum provided by his custodial care taker in support of the fact that he had no control of the untimely filing of his 28 U.S.C.§2255(1) Post

conviction remedy where Petitioner was placed in segregation solely for penalogical reasoning involving an investigation that uncovered facts relieving him from any wrong doing..

I, Ahmed Alasiri, here by swear and declare under penalty of perjury pursuant to 28 U.S.C.§1746,(1), that, the foregoing is true and correct to the best of my ability and belief , that I was not given access to usage of the law library while in segregation.

At all times of SHU assignment, I stressed the need to use the law library to the SHU officer , the lieutenant, and members of my assigned Unit Team.

At no time did they make available access to the prison library..

I , on this 05/02/2023, was released from segregation without imposed sanctions where the investigation has come to a close..

AFFIANT SIGNATURE

Si/______________________________

Ahmed Alasiri,(Affiant)

Executed on this 05/02/2023

I, Ahmed Alasiri, hereby Certify, and or Declare while under penalty of perjury pursuant to provions set forth in 28 U.S.C.§1746(1), that the foregoing was personally provided to Federal Staff in charge of inmate mailing proedure.

Si/______________________________

**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Complex
**High Security Institution**
United States Penitentiary
**Echo-Unit Team**

*Florence, CO 81226*

June 10, 2023

MEMORANDUM
FROM: M. Christensen, Correctional Counselor Echo Unit

SUBJECT: ALASIRI, AHMED
Register Number 29214-112
DOB: 07-30-1976

Please allow this memorandum to serve as record that inmate Alasiri, Ahmed Reg. No. 29214-112 was confined to the Special Housing Unit (SHU) for an investigation, said results were unfounded. Inmate Alasiri was placed in the SHU on 3-25-2023 and did not return to General Population (GP) until 5-01-2023. While housed in the SHU, inmate Alasiri would only have been granted access to the Electronic Law Library (ELL) if he had proof of a Current and Active case. Alasiri was unable to provide that documentation and therefore was not able to address his legal issues in the time that was provided him. It is the request of his Unit Team that he be granted a grace period that will be sufficient to allow Alasiri to address his appeal/ legal matters at this time. Please feel free to contact his Unit Team at the U.S.P. Florence with any questions regarding this request at 719-784-9454, request to speak with Counselor Christensen. Thank you for your consideration on this matter.

Respectfully,

M. Christensen
Echo Unit Counselor
USP Florence
P.O. Box 7500
Florence, CO 81226
(719)784-9454

AHMED ALASIRI REG. #29214-112
UNITED STATES PENNITENTIARY
P.O. BOX 7000
FLORENCE, CO. 81226

DENVER CO 802
26 JUN 2023 PM 7 L

FOREVER USA PURPLE HEART
FOREVER USA PURPLE HEART

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 29 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY

LEGAL MAIL

UNITED STATES DISTRICT
COURT
CENTRAL DISTRICT OF CALIFORNIA
COURT CLERK
411 WEST FOURTH STREET, Suite 7110
SANTA ANA, CALIFORNIA 92701-4598

92701-450099

RECEIVED
JUN 29 2023
BY:

LEGAL MAIL