FILED
CLERK, U.S. DISTRICT COURT
DEC 1 2 2023
CENTRAL DISTRICT OF CALIFORNIA
BY D-Lewman DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTERAL DISTRICT COURT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

8:20-cr-00118-CJC-1

AHMED BINYAMIN ALASIRI - AKA
KEVIN JAMES
Pro Se,.

MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. 3582(C)(2)
and 18 U.S.C.(c)(1)(A). (COMPASSIONATE RELEASE)

Comes now the Petitioner AHMED BINYANMIN ALASIRI - AKA KEVIN JAMES. This Petitioner was sentenced before this Honorable Court for the Offence of Distribution of Methamphetamines' in violation of 21 U.S.C. 841(a)(1), (B)(1)(A)(viii) as charged in the superseding indictment (FSI). This Honorable Court imposed a sentence (188) months in the Federal Bureau of Prisons. This Petitioner is seeking relief by means of the U.S.S.C. recently passed sentencing guidelines and policies making parts A and B RETROACTIVE, as well Compassionate release. [A Pro Se, petitioner is entitled to have his petition and asserted issues construed liberally, because a Pro Se Petitioner is held to a less stringent standards than an attorney drafting such motions. Gordon v. Leeke, 574 F. 1147 (4th cir) cert, 439, U.S. 970 (1978)].
This Motion does not require any documents be sealed by the Court.

I). SENTENCE INFORMATION

Date of Sentencing: 03-28-22.
Term of imprisonment: (188) Months.
Approximate time served to date:(39) Months
Projected release date: 2031
Length of Term of supervised release: (5) years.
The Defendant has not filed an Appeal in this case.
The Defendant is not subject to an order of deportation.

II) EXHAUSTION OF ADMINISTRATIVE REMEDIES'

The Defendant has exhausted his administrative remedies.
The Defendant has submitted a request for compassionate release to the warden on: 10-03-2023
The warden has Denied the Defendants request for compassionate release on: The Warden has not responded, and it has been over 30 days.

GROUNDS FOR COMPASSIONATE RELEASE

The Defendant is 47 years old, and there are several "Extraordinary and compelling Circumstances" to be considered when this Honorable Court is determining a compassionate release or a reduction of the Defendants lengthy sentence, and inappropriate sentence should be MODIFIED. The Defendant was release from the Federal Bureau of Prisons ADX. AKA "Super Max" in Florence Colorado in 2019. After this Defendant completed a sentence for religious

extremism which occurred while in the California Department of Corrections. In total this Defendant has served over 25 years of his life in prison, almost 20 years was served in solitary confinement. This Defendant was released directly from Solitary confinement directly to the "free world". This Defendant was released without a social security card, I.D. card, or any type of assistance and left homeless. Both of the Defendants parents were deceased and that was the Defendants first time in the "free world" as a free adult. The Defendant was a juvenile when first incarcerated. Youth's immaturity in the context of hot cognition decisions made in the presence of peers, also lessens their value of deterrence because of adolescents" immaturity, recklessness, and impetuosity make them less likely to consider potential punishment's.

A Court evaluating a sentence reduction motion under the first step Act or the new U.S.S.G. must ask four questions: (1) has the defendant complied with the administrative exhaustion requirement, (2) has the defendant shown extraordinary and compelling reasons warranting a sentence reduction, (3) Are the 18 U.S.C. 3553(a), sentencing factors consistent with a lesser sentence than previously imposed, and (4) is there a particular sentence reduction consistent with the 3553(a) factors that is also warranted by the extradentary and compelling reasons. The evidence before the court shows much more than an average inmate, but rather a model inmate The amount of educational certificates and scant disciplinary infractions also demonstrates that this petitioner has bettered himself through education..

This petitioner has taken advantage of his time while incarcerated by completing hundreds of hours of educational classes to better his himself. Petitioner has shown he is a hard and dependable worker with leadership skills and has a very strong work ethic. If this Court considers four attributes of adolescence that the Supreme Court has identified as warranting special consideration. (this petitioner was an adolescent when he caught the charge for religious extremism) and yet spent 20 years in Solitary confinement. "Susceptibility" is not an issue with this petitioner, he is no longer vulnerable or susceptible to negative influences and outside pressures, including peer pressure, " Roper, 543 U.S. at 569, indeed"[0]ne of the hallmarks of adolescent risk taking is that it is much more likely than that of adults to occur in the presence of peers, as evidenced in studies of reckless driving, substance abuse, and crime". It is very important to stress to this Honorable Court that this petitioner has never ever received any type of disciplinary report/infraction for any type of violence, and has no history of violence of any type. Petitioner obtained I.D., a job, a place to live, transportation, and reacclimation into society and being around people after spending all those years without any significant inter actions with other human beings.

The long years in solitary confinement were not at all related to my conduct in prison, rather the seriousness of my Federal charge. I have scant disciplinary history ( none of my disciplinary infractions involved fighting or any type of violence). I offer compelling evidence of rehabilitation. I am a model inmate and set an exemplary standard for others around me. Again I have successfully completed over 100 educational and self improvement courses directed towards anti-recidivism and psychology. I offer emotional support for the young men around me and I encourage them to educate them selves so as to not reoffend. I take advantage of any and all educational courses and self-improvement groups as possible. I'm self taught to speak two different languages fluently. ["JASON PEPPER v. UNITED STATES, 462 us, 131 S Ct 1229, 179L Ed 2d 196, 2001 US LEXIS 1902. Post conviction rehabilitation is a major factor in sentence reduction.]

Because of the nature of my previous case the United States Government (F.B.I.) kept a very intensive watch on my movements. After a year they found no evidence of my being involved in any type of religious extremism. I am married and the soul provider for my wife and our son and daughter as well as my nephew. Some of the children are minors. The covid-19 pandemic greatly impacted my ability to manage the family finances due to a very significant cut in wages. This was frustrating because I worked very hard to build my credit score from 0 to 720. After the cut in my wages I could not secure permanent housing for my family. While attending a Mosque I met a man who struck up a friendship and suggested that I move my family to Orange County California and share a duplex. The so called friend knew I was in financial trouble and offered to share a duplex with him and his family, all the while he was an under cover F.B.I. employee. After one of the F.B.I. employees reported that there was no evidence of my being involved in any illegal activity and that he did not believe that I would ever again get involved in any type of extremism. The F.B.I. employee did however report that I was struggling financially. The supposed friend who offered to share duplex with me and my family suggested that I pursue the "drug angle" to make extra funds to make ends meet. The F.B.I. employee then asked his supervisor "what amount of drugs he should ask for to result in a minimum mandatory sentence". The Special Agent then directed me into a conversation about drugs and drug dealers. Asking if I knew anyone who sold drugs. I replied that "I lead a legal life, however I probably knew someone who sells drugs". Beings that the neighborhood I was raised was prevalent of drug dealers. The Special agent then offered to pay me $200.00 if I could find someone to sell him a pound of Methamphetamines. I notified the Agent that I found a person who could fulfill his request. The Agent then paid me $200.00 each time for a total of three times. I secured the drugs for him. After the third purchase I was arrested. As a result my family became homeless.

"Other extraordinary and compelling reason" (D) incapacitation of spouse or a domestic partner. my wife has been diagnosed with schizophrenia, anxiety, and depression, and is currently living in a transitional housing group home with our children. My wife and our children desperately need me out there with them so I can provide a stable home, provide food,

clothing, safety and stability for them. Many factors have led to the bad decisions of purchasing drugs for the undercover agent, a chance I could not afford to take and being on federal probation a consequence was and is necessary. However in light of the fact that I was basically set up to fail by being what many would call entrapped.

.

The (188) months of incarceration this honorable court sentenced me to is extreme. The F.B.I. agent schemed to manipulate the crime so as to be sure I would suffer a mandatory prison sentence. I have suffered from Asthma, bronchitis and raspatory issues my entire life. Covid-19 is still a real threat to my safety and well being. The CDC currently list's Covid-19 as being one of the top (5) leading causes of death, only behind Heart disease and cancer. The F.B.O.P. has done away with "social distancing" and "issuing masks for personal protection". Covid-19 is still a real threat to people like myself who have a serious risk factor. The CDC list's just (1) risk factor as a real threat of serious illness or death if someone like myself were to be infected with Covid-19. The prisons are not properly equipped to deal with every day illnesses let alone any type of complications that occur when someone as myself has an underlying condition with raspatory issues. Covid-19 is mutating frequently and producing several variations. During sentencing the Honorable Judge Carney of the 9th Circuit mentioned two aggravating factors to sustain his sentence which were, (1) I had been on federal Probation when the crime occurred and (2) I had purchased an illegal substance from an undercover agent. It was also mentioned that a long list of mitigating factors existed as well. To include:

.

Working as a supervisor at a Halfway Houses in L.A. for Timeliist group.
Being the sole source of income to provide for my family.
Working a second job as a cook.
Educating myself with several specialized certificates and job skills to include (CPR, First-aid, Guard Card, Food Handler). all within a years time frame.

.

Your Honors hands were ultimately tied by the Mandatory Minimum required by the U.S.S.G. This Honorable Court chose to sentence me to the low end of the Sentencing Guidelines still resulting in a (188) month sentence which was (5) years above the mandatory Minimum for a minor role as a drug mule for an undercover agent. I ask your Honor to keep in mind that the supplier of the drugs was never arrested or pursued. That fact only goes to show that I was the Target of vindictive F.B.I. employees. The new United States Sentencing Guidelines for a Sentence reduction and Compassionate release now allow this Honorable Court to have more discretion and many more options when re-sentencing this Petitioner. Under 3582 (c)(1)(A), as a result district Courts are "Empowered.... to consider any extraordinary and compelling reason for release that a defendant might raise. "United States v. McCoy, 981 F3d 271-281-84 (4th Cir.2020) (quoting United States v. Booker 976 F.3d 228, 234-37 (2d Cir. 2020).

.

The evidence before this Honorable Court shows a man who has demonstrated that he has bettered himself, taking advantage of the opportunities available to him. This Petitioner humbly asks this Honorable Court to GRANT this Petitioners MOTION for COMPASSIONATE RELEASE.

GROUNDS FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. 3582 (C)(2)

This Petitioner is also seeking a Sentence reduction if this Honorable Court will not grant a Compassionate release. As this Court is well aware the United States Sentencing guidelines have recently been changed, and made RETROACTIVE. This petitioner was on Federal Supervised Release at the time he was arrested and charged with the current offence that he is currently incarcerated for. This Honorable Court now has the power and ability to resentence this petitioner in accordance with the new U.S.S.G. applicable policies. This petitioner is eligible for a sentence reduction in accordance with the application of the new Sentencing Guidelines. This petitioner has successfully completed over 100 educational courses. The United States Supreme Court has ruled in "United States v. Pepper" that post-sentencing rehabilitation efforts are a major factor on the 3553 (a). This petitioner has demonstrated that by completing over 100 educational courses and has very little disciplinary infractions which "NONE' of them were for fighting or any type of violence. This petitioner was sentenced to a term of imprisonment that should be substantially lower due to the new Sentencing Commissions Sentencing Guidelines and new applicable policies. Based on a sentencing range that has been lowered by the Sentencing Commission pursuant to 28 U.S. 994(o). Upon motion of the defendant, or the Director of prisons, or on its own motion, the Court may reduce, a term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that is applicable, if such reduction is consistent with the applicable policy statements issued by the the Sentencing Commission. This petitioner believes that he is eligible for sentence reduction that is consistent with the new Guidelines and policies. Lowering This Petitioners Criminal History category To a level III (3) qualifying this Petitioner for the possibility of placing me at the Mandatory Minimum of the (120) month Sentence that this Petitioners Public Defender argued for during Sentencing, and that this Honorable Court wanted to Sentence this Petitioner too. A (120) momth Sentence is more that enough to Punish this Petitioner, promote respect for the Law, and deter others from making the same mistake. This petitioner was on Federal Supervised Release ultimately resulting in a higher Criminal History Category for this Petitioner. This Petitioner poses no more danger than all other offenders released to Supervised Release after serving their Sentence. This Petitioner asks this Honorable Court to find the same with this Petitioner. A sentence of (120) months is more than adequate to ensure punishment, promote respect for the Law, to deter others from engaging in similar criminal activity. If sentenced today using the new and recently amended United States Sentencing guidelines, this Petitioner would receive a substantially lower term of imprisonment. this petitioner is not trained in the science of Law and asks this Honorable Court to show leniency to this petitioner as it pertains to this motion. This petitioner is currently housed at United States Penitentiary awaiting a progressive move to a lower custody institution. This petitioner has very little access or resources to assist in preparation of this motion.

RELIEF REQUESRED

This Petitioner asks this Honorable Court to GRANT the Motion for Compassionate Release. In the alternative GRANT the Motion for a Sentence Reduction. This Honorable Court hands are no longer tied due to the "OLD" Sentencing Guidelines. With the new Sentencing Guidelines recently set forth by the U.S.S.G. This Petitioner believes that this Honorable Court has much more latitude and discretion now when it comes to resentencing this Petitioner, allowing this Court to create a more just and fair punishment.

Done and dated this, 4 day of, Dec. ,2023

AHMED BINYAMIN ALASIRI - AKA
KEVIN JAMES

PROPOSED RELEASE PLAN

Upon return to society this Petitioner will re-establish working with and taking care of his Wife who suffers from extreme Schizophrenia, anxiety and depression. I was her IHSS provider. I also tutored our step-daughter who will be residing with my Wife and I in Southern California. I have completed my food handlers licensee while cooking for Surface foods in down town Los Angeles part-time. I worked full time as Resident and Supervisor at Timelist group which manages State and County halfway houses for substance abuse and mental health offenders.. My job will once again be available to me upon my release. Along with my Wife and pre-teen daughter, I was the primary guardian of my nephew and step-son., both are adults now but I play a major role in their guidance. My family will, as it did before; require my full and undivided attention. I'd like to be around and help my step-daughter get into College. My help is greatly needed. Housing cost in Southern California is prohibitive and was the primary motivating factor in my past willingness to participate in the previous crime. Now my Wife will also be employed and two working parents will make living expenses so much more affordable. I do not have any type of substance abuse issues. This Honorable Court may contact my Wife Stephanie at: (323)-910-9794

PETITIONER

---

CERTIFICATE OF SERVICE

I, AHMED AL ASIRI, Hereby Swear and AFFIRM under the penalty of perjury, that I placed a true and exact copy of this Document, Postage Pre-Paid, in this United States Postal box. Addressed to the United states Attorney's Office at the following Address. U.S. Attrny's office 411 W. Fourth Str Suite 1-053 Santa Ana CA. 92701

Done and Dated this, 4 day of, DEC, 2023

AFFIANT

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

SANTA ANA COLLEGE/SCHOOL OF CONTINUING EDUCATION

CENTENNIAL EDUCATION CENTER

# Certificate of Completion

## Executive Secretary/Administrative Assistant

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

Presented to

*Ahmed Al Asiri*

***has completed the following career preparation courses:***

Vocational Business 125-Intro to Keyboarding II

Vocational Business 244-Introduction to Databases/MS Access

Vocational Business 245-Introduction to Desktop Publishing/MS Publisher

Vocational Business 304-Introduction to Electronic Presentations/MS PowerPoint

Vocational Business 400-Employability Skills

*Quiroz, L.*

Career Education Adjunct Professor

*December 10, 2021*

Date

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT
SANTA ANA COLLEGE/SCHOOL OF CONTINUING EDUCATION
CENTENNIAL EDUCATION CENTER

# Certificate of Completion

## General Office Clerk

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

Presented to

*Ahmed Al Asiri*

*has completed the following career preparation courses:*
Vocational Business 124-Intro to Keyboarding I
Vocational Business 118-Introduction to Windows 10
Vocational Business 258-Navigating the Internet
Vocational Business 260-Introduction Word Processing/MS Word
Vocational Business 262-Introduction to Spreadsheets/MS Excel

Quiroz, L
Career Education Adjunct Professor

*June 11, 2021*
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Ahmed Alasiri*

*Has completed a course of instruction in*

## Computer Applications

All Instruction Provided in English only.

## College Keyboarding I Theory

*Quiroz, S.*
Instructor

*December 30, 2020*
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

Ahmed Al Asiri

*Has completed a course of instruction in*

## Computer Applications

All Instruction Provided in English only.

## Intro to Keyboarding II Theory

Quiroz, L.
Instructor

July 2, 2021
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Ahmed Alasiri*

*Has completed a course of instruction in*

## Computer Applications

All Instruction Provided in English only.

## Introduction to Windows 10/Internet

*Quiroz, L.*
Instructor

*January 29, 2021*
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Ahmed Al-Asiri*

*Has completed a course of instruction in*

## Computer Applications

All Instruction Provided in English only.

## Introduction to MS Outlook

*Quiroz, L*
Instructor

*November 19 2021*
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

Al Asiri Ahmed

*Has completed a course of instruction in*

## Computer Applications

All Instruction Provided in English only.

# Introduction to MS Access

Quiroz, L
Instructor

October 22, 2021
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Ahmed Al Asiri*

*Has completed a course of instruction in*

**Computer Applications**

All Instruction Provided in English only.

# MS Publisher

*Quiroz, L* — Instructor

*September 17, 2021* — Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Ahmed Al-Asiri*

*Has completed a course of instruction in*

## Computer Applications

All Instruction Provided in English only.

# MS PowerPoint 2016

*Quiroz, L.*
Instructor

*August 13, 2021*
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Ahmed Al Asiri*

*Has completed a course of instruction in*

**Computer Applications**

All Instruction Provided in English only.

# MS Word 2016

*Quiroz, L*
Instructor

*April 9, 2021*
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Ahmed Alasiri*

*Has completed a course of instruction in*

**Computer Applications**

All Instruction Provided in English only.

# MS Excel 2016

*Quiroz, L*
Instructor

*March 5 2021*
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

*Ahmed Alasiri*

Has completed 32 classes

## Attitude for Success~CHOICES

| Patricia Cayle | October 20,2021 | Joseph Alonzo |
|---|---|---|
| Instructor | Date | Associate Dean of Instruction and Student Services |

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

**Ahmed Alasiri**

*Has successfully completed*

## Attitude for Success ~ Goals & Affrimations

Patricia Coyle
Instructor

October 18th, 2021
Date

SANTA ANA COLLEGE

SCHOOL OF CONTINUING EDUCATION

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

*Ahmed Alasiri*

Has completed 24 classes

## Attitude for Success~CHOICES

| | | |
|---|---|---|
| *Patricia Coyle* | August 9,2021 | *Joseph Alonzo* |
| Instructor | Date | Associate Dean of Instruction and Student Services |

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

Ahmed Alasiri

Has completed
The requirements for

**Attitude for Success ~ Goal Outcomes**

| | | |
|---|---|---|
| Patricia Coyle | August 2,2021 | Joseph Alonzo |
| Instructor | Date | Associate Dean of Instruction and Student Services |

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Ahmed Al-Asiri*

*Has completed a course of instruction in*

**Computer Applications**

All Instruction Provided in English only.

## Employability Skills

*Quiroz, L*
Instructor

*May 21, 2021*
Date

SANTA ANA COLLEGE

SCHOOL OF CONTINUING EDUCATION

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

**Ahmed Al Siri**

Has completed 16 classes

## Attitude for Success~CHOICES

| | | |
|---|---|---|
| Patricia Coyle | May 12,2021 | Stephanie Paramore |
| Instructor | Date | Associate Dean of Instruction and Student Services |

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

*Ahmed Alasiri*

Has completed
The requirements for

**Attitude for Success ~ Goal Setting**

| | | |
|---|---|---|
| *Patricia Coyle* | May 5, 2021 | *Stephanie Paramore* |
| Instructor | Date | Associate Dean of Instruction |

SANTA ANA COLLEGE

SCHOOL OF CONTINUING EDUCATION

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

*Ahmed Al ASiri*

Has completed 8 classes

## Attitude for Success~CHOICES

*Patricia Coyle*
Instructor

March 8,2021
Date

*Stephanie Paramore*
Associate Dean of Instruction and Student Services

SANTA ANA COLLEGE

SCHOOL OF CONTINUING EDUCATION

RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

*Ahmed Al Asiri*

Has completed
The requirements for

**Attitude for Success~Lessons from Racing**

| *Patricia Coyle* | March 8, 2021 | *Stephanie Paramore* |
| --- | --- | --- |
| Instructor | Date | Associate Dean of Instruction and Student Services |

d B. AL Asiri
29214-112
States Penitentiary
X 7000
ice, [redacted] Co.
81226

SA P&DC 927 #2
MON 11 DEC 2023 PM

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 12 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY

Scan

C/o Court Clerk
Ronald Regan Federal
Building And
United States Courthouse
411 West Fourth Street Room 1-053
Santa Ana, Calif 92701