CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
KELLEY MUNOZ (Bar No. 211583)
(E Mail: kelley_munoz@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
AHMED ALASIRI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff

v.

AHMED ALASIRI,

Defendant.

Case No. SA CR 20-118 -CJC

**COUNSEL'S STATUS REPORT REGARDING PRO SE MOTION FOR COMPASSIONATE RELEASE**

Counsel of record for Mr. Ahmed Alasiri hereby files this status report regarding the pro se motion for compassionate release which Mr. Alasiri filed at docket entry no. 72, currently pending before this Honorable Court. This status report is based on the attached declaration.

Respectfully submitted,

CUAUTEMOC ORTEGA
Federal Public Defender

DATED: May 28, 2024

By */s/ Kelley Munoz*
KELLEY MUNOZ
Deputy Federal Public Defender

**DECLARATION OF MARGARET FARRAND**

I, Margaret Farrand, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California, and I am admitted to practice in this Court. I am the Chief of our Appeals Unit.

2. On May 21, 2024, I had a legal call with Ahmed Alasiri who is in the custody of the Bureau of Prisons. During the call, I informed him that our office would soon be filing a stipulation reached with the government agreeing that he qualifies for a sentence reduction pertaining to his criminal history calculation pursuant to Amendment 821 to the United States Sentencing Guidelines.

3. During this call, Mr. Alasiri also informed me that he is withdrawing his motion for compassionate release filed on the docket at entry no. 72, and that he had mailed a written withdrawal for filing to Deputy Federal Public Defender Kelley Munoz. I am informed and believe that as of the filing of this status report that withdrawal has not yet been received in the mail, but that our office intends to file it for Mr. Alasiri immediately upon receipt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2024, at Los Angeles, California.

*/S/ Margaret Farrand* .
MARGARET FARRAND