```
  LOSB7   540*23 *            SENTENCE MONITORING              *      06-03-2026
 PAGE 001        *             COMPUTATION DATA                *      09:46:25
                                AS OF 06-03-2026

 REGNO..: 29214-112 NAME: ALASIRI, AHMED BINYAMIN


 FBI NO...........: 431253CB8                  DATE OF BIRTH: 07-30-1976  AGE:  49
 ARS1.............: SAF/A-DES
 UNIT.............: 3 GP                       QUARTERS.....: S01-006U
 DETAINERS........: NO                         NOTIFICATIONS: NO

 FSA ELIGIBILITY STATUS IS: ELIGIBLE

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

 HOME DETENTION ELIGIBILITY DATE....: 01-26-2031

 FINAL STATUTORY RELEASE FOR INMATE.: 07-26-2032 VIA GCT REL
           WITH APPLIED FSA CREDITS.: 365  DAYS
 THE INMATE IS PROJECTED FOR RELEASE: 07-27-2031 VIA FSA REL


 ----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

 COURT OF JURISDICTION...........: CALIFORNIA, CENTRAL DISTRICT
 DOCKET NUMBER...................: SACR 20-00118(A)-CJC
 JUDGE...........................: CARNEY
 DATE SENTENCED/PROBATION IMPOSED: 03-28-2022
 DATE COMMITTED..................: 05-06-2022
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
 NON-COMMITTED.:  $100.00        $00.00          $00.00         $00.00

 RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

 -------------------------CURRENT OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  383     21:841 SCH II NON-NARCOTIC

 OFF/CHG: 21:841(A)(1),(B)(1)(A)(VIII) DISTRIBUTION OF METHAMPHETAMINE

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   188 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  NEW SENTENCE IMPOSED...........:   168 MONTHS
  BASIS FOR CHANGE...............: USSG CRIM HIST DCSN 11-01-2023




 G0002        MORE PAGES TO FOLLOW . . .
```

EXH 1

REGNO..: 29214-112 NAME: ALASIRI, AHMED BINYAMIN

RELATIONSHIP OF THIS OBLIGATION
TO OTHERS FOR THE OFFENDER....: CC TO 030
DATE OF OFFENSE................: 08-20-2020

----------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION...........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER...................: SACR 05-00214-CJC-1
JUDGE...........................: CARNEY
DATE SENTENCED/PROBATION IMPOSED: 03-06-2009
DATE SUPERVISION REVOKED........: 03-28-2022
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 05-06-2022
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 371 NAT'L DEFENSE/SECURITY LAWS

OFF/CHG: 18:2384 CONSPIRACY TO LEVY WAR AGAINST THE UNITED STATES
GOVERNMENT THROUGH TERRORISM. SRT VIOLATOR

SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
SENTENCE IMPOSED/TIME TO SERVE.: 24 MONTHS
RELATIONSHIP OF THIS OBLIGATION
TO OTHERS FOR THE OFFENDER....: CC TO 020/010
DATE OF OFFENSE................: 07-05-2005

REGNO..: 29214-112 NAME: ALASIRI, AHMED BINYAMIN

-------------------------CURRENT COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 06-06-2024 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-05-2024 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 030 010

DATE COMPUTATION BEGAN..........: 03-28-2022
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 168 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 14 YEARS
AGGREGATED TERM OF SUPERVISION..: 5 YEARS
EARLIEST DATE OF OFFENSE........: 07-05-2005

JAIL CREDIT.....................: FROM DATE THRU DATE
08-21-2020 03-27-2022

TOTAL PRIOR CREDIT TIME.........: 584
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 756
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 07-26-2032
ELDERLY OFFENDER TWO THIRDS DATE: 12-21-2029
EXPIRATION FULL TERM DATE.......: 08-21-2034
TIME SERVED.....................: 5 YEARS 9 MONTHS 14 DAYS
PERCENTAGE OF FULL TERM SERVED..: 41.3
PERCENT OF STATUTORY TERM SERVED: 48.4

PROJECTED SATISFACTION DATE.....: 07-27-2031
PROJECTED SATISFACTION METHOD...: FSA REL
WITH FSA CREDITS INCLUDED...: 365

REMARKS.......: 12-19-23 UPDT OFFENSE CODE, N/DMR.
6-6-24 REC 821 ORD REDUCING AGG TIE 188M TO 168M N/RCL

REGNO..: 29214-112 NAME: ALASIRI, AHMED BINYAMIN

FBI NO...........: 431253CB8 DATE OF BIRTH: 07-30-1976 AGE: 49
ARS1.............: SAF/A-DES
UNIT.............: 3 GP QUARTERS.....: S01-006U
DETAINERS........: NO NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 03-18-2019

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 09-18-2019 VIA GCT REL

RELEASE AUDIT COMPLETED ON 12-07-2018 BY DSCC
-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER...................: SACR 05-00214-CJC
JUDGE...........................: CARNEY
DATE SENTENCED/PROBATION IMPOSED: 03-06-2009
DATE COMMITTED..................: 07-17-2009
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 890 18:2331-2339 TERRORISM FSA INELIGIBLE

OFF/CHG: 18:2384 CONSPIRACY TO LEVY WAR AGAINST THE UNITED STATES
GOVERNMENT THROUGH TERRORISM.

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 192 MONTHS
TERM OF SUPERVISION............: 3 YEARS
DATE OF OFFENSE................: 07-05-2005

REGNO..: 29214-112 NAME: ALASIRI, AHMED BINYAMIN

---------------------------PRIOR COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-06-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-23-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-06-2009
TOTAL TERM IN EFFECT............: 192 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 16 YEARS
EARLIEST DATE OF OFFENSE........: 07-05-2005

JAIL CREDIT.....................: FROM DATE THRU DATE
01-30-2006 03-05-2009

TOTAL PRIOR CREDIT TIME.........: 1131
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 864
TOTAL GCT EARNED................: 702
STATUTORY RELEASE DATE PROJECTED: 09-18-2019
ELDERLY OFFENDER TWO THIRDS DATE: 09-30-2016
EXPIRATION FULL TERM DATE.......: 01-29-2022
TIME SERVED.....................: 13 YEARS 7 MONTHS 20 DAYS
PERCENTAGE OF FULL TERM SERVED..: 85.2
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 09-18-2019
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CLB
ACTUAL SATISFACTION KEYED BY....: BR

DAYS REMAINING..................: 864
FINAL PUBLIC LAW DAYS...........: 0

PAROLED FROM CALIFORNIA DEPT OF CORRECTIONS ON 01-29-2006.
06-06-19 GCT UPDATE PURSUANT TO FSA..SLR/N

G0000 TRANSACTION SUCCESSFULLY COMPLETED

```
 LOSB7          *          INMATE DISCIPLINE DATA          *     06-03-2026
PAGE 001        *     CHRONOLOGICAL DISCIPLINARY RECORD    *     09:45:26

REGISTER NO: 29214-112 NAME..: ALASIRI, AHMED BINYAMIN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-03-2026

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3917622 - SANCTIONED INCIDENT DATE/TIME: 03-18-2024 0843
UDC HEARING DATE/TIME: 04-09-2024 1530
FACL/UDC/CHAIRPERSON.: FLP/2 GP/ETHRIDGE
REPORT REMARKS.......: UDC DECISION IS BASED ON STAFF WRITTEN REPORT.
   396  MAIL ABUSE-NO CIRCUMVENTION - FREQ: 1
        LP EMAIL   / 15 DAYS / CS
                   FROM: 04-10-2024  THRU: 04-24-2024
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2475043 - SANCTIONED INCIDENT DATE/TIME: 07-31-2013 1930
UDC HEARING DATE/TIME: 08-05-2013 1250
FACL/UDC/CHAIRPERSON.: MAR/UM EAST/BURGESS
REPORT REMARKS.......: GUILTY BASED ON REPORT AS WRITTEN 05 DAYS LOSS COMM
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP COMM    / 15 DAYS / CS
        COMP:    LAW:    15 DAYS LOSS COMMISSARY BEGINING 08/06/2013
                         ENDING 08/20/13.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2365681 - SANCTIONED INCIDENT DATE/TIME: 10-12-2012 0810
DHO HEARING DATE/TIME: 11-01-2012 0900
FACL/CHAIRPERSON.....: THA/PURDUE
REPORT REMARKS.......: INSOLENT TOWARDS STAFF
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP COMM    / 60 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 60 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 30 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2040036 - SANCTIONED INCIDENT DATE/TIME: 07-13-2010 1430
UDC HEARING DATE/TIME: 10-12-2010 1550
FACL/UDC/CHAIRPERSON.: THA/CMU/MSTEPHENS
APPEAL CASE NUMBER(S): 599771
REPORT REMARKS.......: REHEARING-I/M STATES I/R IS NOT COMPLETELY ACCURATE -
                       NO PRAYER RUG/OTHERS PRESENT, BUT PRAYED BY/TO HIMSELF
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 15 DAYS / CS
        COMP:    LAW:    BASED UPON REPORTING OFFICIALS STATEMENT/MEMOS
                         UDC UPHOLDS SANCTIONS IMPOSED ON 07/16/2010
   315  PARTICIPATNG IN UNAUTH MEETING - FREQ: 1
        LP PHONE   / 15 DAYS / CS
        COMP:    LAW:    BASED UPON REPORTING OFFICIALS STATEMENT/MEMOS
                         UDC UPHOLDS SANCTIONS IMPOSED ON 07/16/2010


G0002       MORE PAGES TO FOLLOW . . .
```

LOSB7 531.01 * INMATE HISTORY * 06-03-2026
PAGE 001 OF 001 * LEVEL * 09:48:05

REG NO..: 29214-112 NAME....: ALASIRI, AHMED BINYAMIN
CATEGORY: LEV FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| SAF | LOW | SECURITY CLASSIFICATION LOW | 09-19-2025 0802 | CURRENT |
| PHX | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 09-02-2025 0846 | 09-19-2025 0802 |
| PHX | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 08-23-2024 0843 | 09-02-2025 0846 |
| FLP | LOW | SECURITY CLASSIFICATION LOW | 08-16-2024 0715 | 08-23-2024 0843 |
| FLP | HIGH | SECURITY CLASSIFICATION HIGH | 09-11-2023 1110 | 08-16-2024 0715 |
| FLP | LOW | SECURITY CLASSIFICATION LOW | 08-05-2023 0846 | 09-11-2023 1110 |
| FLP | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 03-14-2023 1405 | 08-05-2023 0846 |
| FLP | HIGH | SECURITY CLASSIFICATION HIGH | 04-05-2022 1350 | 03-14-2023 1405 |
| 9-L | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 03-31-2022 0847 | 04-05-2022 1350 |
| DSC | HIGH | SECURITY CLASSIFICATION HIGH | 05-06-2014 1502 | 03-31-2022 0847 |
| CLB | HIGH | SECURITY CLASSIFICATION HIGH | 05-06-2014 1502 | 09-18-2019 0602 |
| MAR | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 04-14-2009 1710 | 05-06-2014 1502 |
| DSC | UNASSG | UNASSIGNED | 09-16-2008 1222 | 04-14-2009 1710 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

EXH 2

LOSB7 531.01 * INMATE HISTORY * 06-03-2026
PAGE 001 * ADM-REL * 09:47:22

REG NO..: 29214-112 NAME....: ALASIRI, AHMED BINYAMIN
CATEGORY: ARS FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| SAF | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-14-2026 0759 | CURRENT |
| 4-X | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-14-2026 0959 | 01-14-2026 0959 |
| 4-X | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-14-2026 0705 | 01-14-2026 0959 |
| TCN | HLD REMOVE | HOLDOVER REMOVED | 01-14-2026 0505 | 01-14-2026 0505 |
| TCN | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 10-02-2025 1320 | 01-14-2026 0505 |
| B35 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 10-02-2025 1620 | 10-02-2025 1620 |
| B35 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 10-02-2025 1042 | 10-02-2025 1620 |
| PHX | TRANSFER | TRANSFER | 10-02-2025 0742 | 10-02-2025 0742 |
| PHX | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-19-2024 1054 | 10-02-2025 0742 |
| 4-X | RELEASE | RELEASED FROM IN-TRANSIT FACL | 09-19-2024 1354 | 09-19-2024 1354 |
| 4-X | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 09-19-2024 0937 | 09-19-2024 1354 |
| TCN | HLD REMOVE | HOLDOVER REMOVED | 09-19-2024 0637 | 09-19-2024 0637 |
| TCN | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 09-04-2024 1304 | 09-19-2024 0637 |
| 5-X | RELEASE | RELEASED FROM IN-TRANSIT FACL | 09-04-2024 1604 | 09-04-2024 1604 |
| 5-X | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 09-04-2024 0657 | 09-04-2024 1604 |
| FLP | TRANSFER | TRANSFER | 09-04-2024 0457 | 09-04-2024 0457 |
| FLP | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-06-2022 1246 | 09-04-2024 0457 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-06-2022 1446 | 05-06-2022 1446 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-06-2022 1015 | 05-06-2022 1446 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 05-06-2022 0915 | 05-06-2022 0915 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 04-14-2022 1800 | 05-06-2022 0915 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-14-2022 1900 | 04-14-2022 1900 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-31-2022 1002 | 04-14-2022 1900 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 03-31-2022 0902 | 03-31-2022 0902 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 03-31-2022 0900 | 03-31-2022 0902 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-31-2022 1000 | 03-31-2022 1000 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-31-2022 0956 | 03-31-2022 1000 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 03-31-2022 0856 | 03-31-2022 0856 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 03-31-2022 0809 | 03-31-2022 0856 |
| CLB | GCT REL | GOOD CONDUCT TIME RELEASE | 09-18-2019 0602 | 03-31-2022 0809 |
| CLB | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-30-2019 1134 | 09-18-2019 0602 |
| 3-J | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-30-2019 1434 | 07-30-2019 1434 |
| 3-J | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-30-2019 1347 | 07-30-2019 1434 |
| LOS | FURL TRANS | FURL W/UNESCORTED TRF TO A CCC | 07-30-2019 1047 | 07-30-2019 1047 |
| LOS | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 07-01-2019 0846 | 07-30-2019 1047 |
| LOS | ADM CHANGE | RELEASE FOR ADMISSION CHANGE | 07-01-2019 0848 | 07-01-2019 0848 |
| LOS | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 06-28-2019 1458 | 07-01-2019 0848 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-28-2019 1758 | 06-28-2019 1758 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-28-2019 0830 | 06-28-2019 1758 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 06-28-2019 0730 | 06-28-2019 0730 |
| OKL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 06-27-2019 1505 | 06-28-2019 0730 |

G0002 MORE PAGES TO FOLLOW . . .

```
 LOSB7  531.01 *               INMATE HISTORY              *     06-03-2026
PAGE 002 OF 002 *                 ADM-REL                   *     09:47:22

 REG NO..: 29214-112 NAME....: ALASIRI, AHMED BINYAMIN
 CATEGORY: ARS        FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| 5-X | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-27-2019 1605 | 06-27-2019 1605 |
| 5-X | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-27-2019 0909 | 06-27-2019 1605 |
| FLP | TRANSFER | TRANSFER | 06-27-2019 0709 | 06-27-2019 0709 |
| FLP | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 06-26-2019 1548 | 06-27-2019 0709 |
| 5-Z | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-26-2019 1748 | 06-26-2019 1748 |
| 5-Z | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-26-2019 1737 | 06-26-2019 1748 |
| FLM | TRANSFER | TRANSFER | 06-26-2019 1537 | 06-26-2019 1537 |
| FLM | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-16-2014 1143 | 06-26-2019 1537 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-16-2014 1343 | 05-16-2014 1343 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-16-2014 1000 | 05-16-2014 1343 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 05-16-2014 0900 | 05-16-2014 0900 |
| OKL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 05-14-2014 1745 | 05-16-2014 0900 |
| 3-M | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-14-2014 1845 | 05-14-2014 1845 |
| 3-M | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-14-2014 1139 | 05-14-2014 1845 |
| MAR | TRANSFER | TRANSFER | 05-14-2014 1039 | 05-14-2014 1039 |
| MAR | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-10-2013 1409 | 05-14-2014 1039 |
| S40 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-10-2013 1509 | 05-10-2013 1509 |
| S40 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-10-2013 1113 | 05-10-2013 1509 |
| THA | TRANSFER | TRANSFER | 05-10-2013 1113 | 05-10-2013 1113 |
| THA | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-28-2011 1430 | 05-10-2013 1113 |
| THA | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 02-28-2011 0945 | 02-28-2011 1430 |
| THA | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-17-2009 1522 | 02-28-2011 0945 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-17-2009 1522 | 07-17-2009 1522 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 07-17-2009 1110 | 07-17-2009 1522 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 07-17-2009 1010 | 07-17-2009 1010 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 07-13-2009 1640 | 07-17-2009 1010 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 07-13-2009 1740 | 07-13-2009 1740 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-14-2009 1810 | 07-13-2009 1740 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 04-14-2009 1710 | 04-14-2009 1710 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 04-14-2009 1647 | 04-14-2009 1710 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-14-2009 1747 | 04-14-2009 1747 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-27-2009 1539 | 04-14-2009 1747 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 03-27-2009 1439 | 03-27-2009 1439 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 03-27-2009 1438 | 03-27-2009 1439 |
| P09 | RELEASE 03 | RELEASED FROM IN-TRANSIT, MAR | 03-27-2009 1538 | 03-27-2009 1538 |
| P09 | A-ADMIT 01 | ADMITTED TO IN-TRANSIT, JAN | 01-14-2009 0530 | 03-27-2009 1538 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-14-2009 0530 | 01-14-2009 0530 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 09-16-2008 1325 | 01-14-2009 0530 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 09-16-2008 1225 | 09-16-2008 1225 |
| DSC | A-UNCOMMIT | UNCOMMITTED PERSON | 09-16-2008 1222 | 09-16-2008 1225 |

G0000        TRANSACTION SUCCESSFULLY COMPLETED

LOSB7 535.03 * INMATE PROFILE * 06-03-2026
PAGE 001 09:45:57
29214-112 REG

REGNO: 29214-112 FUNCTION: PRT DOB/AGE.: 07-30-1976 / 49
NAME.: ALASIRI, AHMED BINYAMIN R/S/ETH.: B/M/O WALSH: NO
RSP..: SAF-SAFFORD FCI MILEAGE.: 909 MILES
PHONE: 928-428-6600 FAX: 928-348-1331
PROJ REL METHOD: FIRST STEP ACT RELEASE FBI NO..: 431253CB8
PROJ REL DATE..: 07-27-2031 INS NO..: N/A
HOME DETN ELIG.: 01-26-2031 SSN.....: 565430210
FSA COND REL DT: 07-27-2031 PSYCH: NO DETAINER: NO CMC..: YES
OFFN/CHG RMKS: SACR 05-00214-CJC-1;SRV(ORG:CONSP LEVY WAR AGAINST US GOVT
OFFN/CHG RMKS: THRU TERRORISM);SACR 20-00118(A)-CJC;DIST METH;188M 5YR SRT

| FACL | CATEGORY | - - - - - | CURRENT ASSIGNMENT - - - - - - | EFF DATE | TIME |
|---|---|---|---|---|---|
| SAF | ADM-REL | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-14-2026 | 0759 |
| SAF | CARE LEVEL | CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 05-16-2014 | 1109 |
| SAF | CARE LEVEL | CARE1-MH | CARE1-MENTAL HEALTH | 09-07-2010 | 1453 |
| SAF | COR COUNSL | CHOLLA E | M. DELGADO, EXT. 1265 | 01-14-2026 | 0759 |
| SAF | CASE MGT | BIR CERT N | BIRTH CERTIFICATE - NO | 10-14-2022 | 1159 |
| SAF | CASE MGT | CFSR | CERT FOOD SINCERITY REMOVAL | 07-27-2022 | 0807 |
| SAF | CASE MGT | CMU DISCTD | CMU DISCONTINUED | 05-14-2014 | 1605 |
| SAF | CASE MGT | DEPEND N | DEPENDENTS UNDER 21 - NO | 04-25-2017 | 0740 |
| SAF | CASE MGT | DRVE LIC N | DRIVERS LICENSE - NO | 04-24-2023 | 1743 |
| SAF | CASE MGT | PHOTO ID N | PHOTO ID - NO | 04-05-2017 | 1239 |
| SAF | CASE MGT | RPP NEEDS | RELEASE PREP PGM NEEDS | 01-18-2026 | 1350 |
| SAF | CASE MGT | SSN CARD N | SOCIAL SECURITY CARD - NO | 10-14-2022 | 1159 |
| SAF | CASE MGT | VET P/S N | PARENT/SPOUSE VETERAN - NO | 04-25-2017 | 0740 |
| SAF | CASE MGT | VETERAN N | VETERAN - NO | 04-25-2017 | 0740 |
| SAF | CASE MGT | VWP AUTO | VICTIM/WITNESS PGM AUTO UPDATE | 04-01-2009 | 0700 |
| SAF | CASE MGT | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 05-26-2022 | 0942 |
| SAF | CASE MGT | V94 PV | V94 PAST VIOLENCE | 09-02-2022 | 1224 |
| SAF | CASE MGT | WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 04-14-2009 | 1651 |
| SAF | CORR SVCS | REQD MONTR | REQUIRED MONITORING | 09-16-2008 | 1351 |
| SAF | CASEWORKER | CHOLLA E | R. RUIZ | 01-14-2026 | 0759 |
| SAF | CUSTODY | IN | IN CUSTODY | 08-16-2023 | 1010 |
| SAF | DRUG PGMS | DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 08-07-2023 | 1156 |
| SAF | DRUG PGMS | ED COMP | DRUG EDUCATION COMPLETE | 06-13-2023 | 1224 |
| SAF | DRUG PGMS | ED EXEM | DRUG EDUCATION EXEMPT | 03-10-2026 | 1335 |
| SAF | DRUG PGMS | NR WAIT | NRES DRUG TMT WAITING | 06-14-2023 | 0730 |
| SAF | DESIG/SENT | LIMA | TEAM LIMA | 01-10-2025 | 1805 |
| SAF | EDUCATION | RETAIL MGT | VT RETAIL MANAGEMENT CERT | 04-02-2026 | 1239 |
| SAF | EDUCATION | SERVSAFEMG | S-SERVESAFE MANAGER CERT | 02-09-2026 | 1300 |
| SAF | EDUC INFO | ESL HAS | ENGLISH PROFICIENT | 09-17-2009 | 0001 |
| SAF | EDUC INFO | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-22-2009 | 1514 |
| SAF | FIN RESP | COMPLT | FINANC RESP-COMPLETED | 08-16-2022 | 1648 |
| SAF | FIRST STEP | AWARD | EBRR INCENTIVE AWARD | 05-02-2023 | 1029 |
| SAF | FIRST STEP | FTC ELIG | FTC-ELIGIBLE - REVIEWED | 07-25-2023 | 1531 |
| SAF | FIRST STEP | N-ANGER N | NEED - ANGER/HOSTILITY NO | 01-24-2026 | 0717 |
| SAF | FIRST STEP | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 01-24-2026 | 0717 |
| SAF | FIRST STEP | N-COGNTV N | NEED - COGNITIONS NO | 01-24-2026 | 0717 |
| SAF | FIRST STEP | N-DYSLEX N | NEED - DYSLEXIA NO | 05-09-2022 | 1353 |
| SAF | FIRST STEP | N-EDUC N | NEED - EDUCATION NO | 01-24-2026 | 0717 |

G0017 WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0002 MORE PAGES TO FOLLOW . . .

MD 4-8-26 Comp Release

Sel- order

BP 1 4/15/2026

FEDERAL CORRECTIONAL INSTITUTION
SAFFORD, ARIZONA
ATTEMPT AT INFORMAL RESOLUTION
*(Request for Administrative Remedy)*

Bureau of Prisons' Operations Memorandum 252-79 (1330), "Administrative Remedy Procedures for Inmates" requires that "before an inmate seeks formal review of a complaint (with a BP-9) he must try to resolve the complaint informally by presenting it to a staff member." The staff member also "must try to resolve it" informally before the inmate will be given the BP-9 Form.

A. Write in this space, briefly, your complaint. Include all details and facts which support your request.

New Sentencing Commission's 2025 instructions now address the huge sentencing disparity existing in my present and current offense and had I been sentenced today, I'd receive a much lower sentence." The amendments recalibrated the drug quantity table under §2D1.1(a)(5) to lower the guidelines reliance on drug type and quantity as a measure of offense-level culpability. The goal of these amendments was to ensure large drug quantities do not automatically push low level participants into disproportionately high sentencing ranges. The special instructions under 2D1.1(e)(2) direct that a mitigating-role adjustment →

B. What action do you wish to be taken to correct the situation?

I'm requesting a sentence reduction to the mandatory minimum of ten years considering my minimal role in my case.

C. What have you done to informally resolve the matter? Who have you talked to?

This is the required first step towards seeking a reduced sentence through the means of a compassionate release.

| | | | | |
|---|---|---|---|---|
| Ahmed Alasiri [signature] | | 29214 112 | Saguaro | 4.8.26 |
| Inmates's Name & Signature | | Reg. Number | Unit/Dorm | Date |

D. The unit staff member who has attempted to resolve the matter informally will indicate below the efforts he/she has made. Be specific, but brief and provide to inmate.

Must go through CMC, in regards to compassionate release.

| | | |
|---|---|---|
| [signature] | LSW | 4-15-26 |
| Staff Member's Name and Signature | Title | Date |
| T BARNEY [signature] | Unit Manager | 4-15-26 |
| Unit Manager's Name and Signature | Title | Date |

EXH 3

Cont. 2 OF 3

IS "GENERALLY WARRANTED" IN DRUG TRAFFICKING OFFENSES WHERE THE DEFENDANTS PRIMARY FUNCTION WAS A LOW-LEVEL TRAFFICKING ROLE, SUCH AS ACTING AS A LOOKOUT, SERVING AS A COURIER, RUNNING ERRANDS, SENDING OR RECEIVING DRUG-RELATED MESSAGES, DISTRIBUTING ONLY USER-LEVEL QUANTITIES OR DISTRIBUTING WITH LITTLE OR NO PROFIT OR DUE TO COERCION, INTIMIDATION, OR FAMILIAL OBLIGATIONS."

"THE SPECIAL INSTRUCTIONS FURTHER CLARIFIES THAT THIS PRESUMPTION APPLIES EVEN IF THE NUMBER OF PARTICIPANTS IN THE OVER ALL CONSPIRACY IS SMALL OR IF THE DEFENDANT IS NOT LESS CULPABLE THAN MOST OF HIS CO-CONSPIRATORS, AND THAT IT MAY BE APPLIED REGARDLESS OF WHETHER THE MITIGATING ROLE ADJUSTMENT IS MADE THROUGH DIRECT APPLICATION OF §3B1.2 OR THROUGH THE SPECIAL INSTRUCTION.

COURTS MUST STILL MAKE AN INDIVIDUALIZED ASSESSMENT, BUT THE GUIDANCE IS INTENDED TO PROMOTE MORE CONSISTENT APPLICATION OF MITIGATING ROLE-REDUCTIONS."

IN MY CASE FACTORS. UNDER GREAT FINANCIAL STRAIN, I WAS PAID $200.00 TO PURCHASE METH. ON THREE SEPARATE OCCASIONS. THE TOTAL AMOUNT OF METH IN ALL THREE COUNTS WAS FOUR POUNDS. I PLEAD TO CONSPIRACY TO DISTRIBUTE METH. IN COUNT 1, IN THIS COUNT ONLY ONE POUND

Cont. 3 of 3

was purchased from a drug dealer with funds from an undercover agent that shared residence with me and my family. Had the "Amount and Quality" of the drugs on all three counts (due to relavant conduct) not been the measure for my 188 month sentence, I would have received no more than the ten year mandatory minimum in my case.

My sentence was reduced due to the sentencing commissions change in the awarding of two status points to new offenses that occured while the inmate was on probation or parole, yet the new 168 month sentence remains disproportionately high to someone in the same situation. The drugs were purchased from a known drug dealer (who was never indicted or arrested) and I made little to nothing. It is evident that the purchase was made as a favor to the agent who shared my residence.